NICHOLAS A. TRUTANICH, NV No. 13644
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

SHARON LAHEY
California State Bar Number 256628
Assistant Regional Counsel
United States Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105-1545
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
Email: sharon.lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS

| | |
|---|---|
| HYON SUK LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>    Commissioner of Social Security,[1]<br><br>    Defendant | Case No.: 2:19-cv-00076-KJD-CWH<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND** |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act (the Act), 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

ANDREW SAUL, Commissioner Of Social Security (the "Commissioner" or "Defendant"), hereby moves this Honorable Court to grant his unopposed motion for a 30-day extension of time to respond to Hyon Suk Lee's ("Plaintiff") Motion For Reversal And/Or Remand (ECF No. 11). The current deadline is June 28, 2019. The new deadline would be July 29, 2019. Defendant requests this additional time because she is currently considering the voluntary remand of this case without further briefing by the parties. Plaintiff's counsel has stated that Plaintiff does not oppose the Commissioner's request for additional time or the modification of the Court's Scheduling Order.

Respectfully submitted,

Date: June 26, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: June 27, 2019

_____
HON. JUDGE CARL W. HOFFMAN
UNITED STATE MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Sharon Lahey, hereby certify that the following individual was served with the STIPULATION TO REOPEN on the date and via the method of service identified below:

<u>CM/ECF</u>

Marc V. Kalagian, Esq.
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Suite 420
Long Beach, California 90802

Gerald Welt
Gerald M. Welt, Chtd.
732 S. Sixth Street, Ste. 200-D
Las Vegas, Nevada 89101

Date: June 26, 2019

*/s/ Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney