AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HYON SUK LEE,

              Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-00076-KJD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court hereby awards to Marc V. Kalagian attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $10,000.00. The Court orders Marc V. Kalagian to reimburse Hyon Suk Lee the amount of $2,500.00 for EAJA fees previously paid by the Commissioner.

12/6/21
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk